| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Hyles, M. Stephen | 2. Court or Organization

United States District Court, Middle District of Georgia | 3. Date of Report

01/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination  Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☑ Amended Report | 6. Reporting Period

01/01/2016
to
12/31/2016 |

**7. Chambers or Office Address**

United States District Court
United States Post Office and Courthouse
120 12th Street
Columbus, GA 31902

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|--------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | The Talbots, Inc - Salary |
| 2. | 2016 | Greyrock Properties, LLC -- Nonemployee Compensation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | VISA | Credit Card | J |
| 3. | Arvest Central Mortgage Company | Mortgage on Rental Property #1, Columbus, GA Part VII, Line 22 | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Columbus Bank & Trust Account | | None | J | T | | | | | |
| 2.  IRA #1 (Y) | | | | | | | | | |
| 3.  IRA #2 (Y) | | | | | | | | | |
| 4.  Path2College 529 Plan #1, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 03/30/16 | J | | |
| 5. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 6. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 7.  Path2College 529 Plan #2, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 03/30/16 | J | | |
| 8. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 9. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 10.  Path2College 529 Plan #3, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 03/30/16 | J | | |
| 11. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 12. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 13.  Path2College 529 Plan #4, Managed Allocation. No Control | A | Int./Div. | J | T | Buy (add'l) | 03/30/16 | J | | |
| 14. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 15. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 16.  IRA #3 (H) | | | | | | | | | |
| 17.  Wells Fargo Advisors Bank Deposit Program | A | Interest | | | Distributed | 12/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Path2College 529 Plan #5, Managed Allocation. No Control | A | Int./Div. | J | T | Buy | 01/11/16 | J | | |
| 19. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 20. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 21. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 22. Rental Property #1, Columbus, GA | D | Rent | L | R | Buy | 01/01/16 | L | | |
| 23. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts. Lines 4 through 15, and Lines 18 through 21, Path2College529 Plans. These five 529 Plans are set up where Judge and Mrs. Hyles have no control as far as what the plans invest in.

Part VII. Investments and Trusts. Line 22, Rental Property #1, Columbus, GA, was purchased on October 31, 2014 for $98,000. It has not appeared on previous financial disclosure reports because it was used as a family personal residence until January 1, 2016, when it became rental property.

| Name of Person Reporting | Date of Report |
|---|---|
| Hyles, M. Stephen | 01/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. Stephen Hyles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544